UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCRICT OF NORTH CAROLONA
SOUTHERN DIVISION

Civil Action No. 5:23-CV-108-M-BM

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| KELLY JARMAN and AMANDA BAKER | )<br>)<br>) |
| Defendants. | )<br>) |

## Notice of Settlement & Joint Motion to Disburse Insurance Policy Proceeds

Now comes Kelly Jarman and Amanda Baker, by and through undersigned counsel, and respectfully moves the Court, pursuant to Rule 22 and 28 U.S. Code § 1335, for an Order to disburse the funds paid into the Clerk of Court for the Eastern District of North Carolina, and shows as follows:

1. By Order of the Court [D21], Plaintiff deposited $100,000.00, plus interest, (hereinafter "the funds") with the Clerk of Court for the Eastern District of North Carolina pending resolution of this matter.

2. Kelly Jarman and Amanda Baker have settled this matter, and they have agreed that the funds shall be split in equal amounts (50% to each), and that this matter should be dismissed with prejudice.

**Wherefore**, Kelly Jarman and Amanda Baker, respectfully move this Court for an Order disbursing 50% of the funds to Kelly Jarman by issuing a check to her counsel for her benefit,

and disbursing 50% of the funds to Amanda Baker by issuing a check to her counsel for her benefit.

This the 18th day of July, 2022.

<div style="margin-left: 50%;">

Respectfully submitted,
/s/ Michael R. Porter
**Michael R. Porter, Esq.**
N.C. State Bar No.: 37000
**The Michael Porter Law Firm**
*Attorney for Amanda Baker*
5851 Ramsey Street
Fayetteville, NC 28311
Telephone (910) 339-3131
Facsimile (910) 339-3132
michael@michaelporterlaw.com

/s/ Stephen Culbreth
**Stephen Culbreth, Esq.**
N.C. State Bar No.: 1044
**The Culbreth Law Firm**
*Attorney for Kelly Jarman*
PO Box 446
Wilmington, NC 28402
Telephone (910) 763-3416
Facsimile (910) 763-9975
culbrethlaw@juno.com

</div>