UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCRICT OF NORTH CAROLONA
SOUTHERN DIVISION

Civil Action No. 5:23-CV-108-M-BM

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| KELLY JARMAN and AMANDA BAKER | ) ) ) |
| Defendants. | ) ) |

### Order to Disburse Insurance Policy Proceeds

The Defendants, Kelly Jarman and Amanda Baker, through counsel, have reported this matter settled. This matter is before the Court on the Defendants' Joint Motion to Disburse the funds paid to the Clerk of Court for the Eastern District of North Carolina in equal shares to each party's respective counsel for their benefit. For good cause shown, this Court Orders the Clerk of Court of the Eastern District of North Carolina as follows:

1. Issue a check to Stephen Culbreth for the benefit of Kelly Jarman for one-half of the funds and interest paid into the Court by the Plaintiff; and

2. Issue a check to Michael R. Porter for the benefit of Amanda Baker for one-half of the funds and interest paid into the Court by the Plaintiff.

This Order fully and finally resolves all pending claims in this matter, and pending payment by the Clerk of Court as ordered above, this matter is hereby DISMISSED WITH PREJUDICE.

SO ORDERED this the _____ day of July, 2023.

_____
RICHARD E. MYERS, II
CHIEF UNITED STATES DISTRICT JUDGE