UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLONA
SOUTHERN DIVISION

No. 5:23-CV-00108-M

JACKSON NATIONAL LIFE )
INSURANCE COMPANY )
)
        Plaintiff, )
)
v. ) ORDER
)
KELLY JARMAN and )
AMANDA BAKER )
)
        Defendants. )
)

This matter is before the court on the Notice of Settlement & Joint Motion to Disburse Insurance Policy Proceeds. DE 25. The motion requests the funds paid to the Clerk of Court for the Eastern District of North Carolina be distributed in equal shares to each party's respective counsel for their benefit. For good cause shown, the Clerk of Court is DIRECTED as follows:

1. Issue a check to Stephen Culbreth for the benefit of Kelly Jarman for one-half of the funds and interest paid into the court by the Plaintiff; and

2. Issue a check to Michael R. Porter for the benefit of Amanda Baker for one-half of the funds and interest paid into the court by the Plaintiff.

This order fully and finally resolves all pending claims in this matter and pending payment by the Clerk of Court as ordered above, this matter is hereby DISMISSED WITH PREJUDICE.

SO ORDERED this the 24th day of July, 2023.

RICHARD E. MYERS, II
CHIEF UNITED STATES DISTRICT JUDGE